| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
|   | Federal Defender |
| 2 | MEGAN T. HOPKINS, Bar #294141 |
|   | Assistant Federal Defenders |
| 3 | 2300 Tulare Street, Suite 330 |
|   | Fresno, CA 93721-2226 |
| 4 | Telephone: (559) 487-5561 |
|   | Fax: (559) 487-5950 |
| 5 | |
|   | Attorneys for Defendant |
| 6 | JAMES ESCANDON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00185 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| vs. | |
| JAMES ESCANDON, | DATE: March 18, 2019 |
|   | TIME: 1:00 p.m. |
| Defendant. | JUDGE: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Melanie Alsworth, counsel for Plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for Defendant James Escandon, that **the status conference set for January 7, 2019 at 1:00 pm may be continued to March 18, 2019 at 1:00 pm.**

The continuance is requested by the parties to allow additional time for defense investigation and plea negotiations in light of recent developments in the case.

///

///

///

///

Based on the foregoing the parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Dated: December 20, 2018　　　　　MCGREGOR SCOTT
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　*/s/ Melanie Alsworth*
　　　　　　　　　　　　　　　　　MELANIE ALSWORTH
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: December 20, 2018　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　*/s/ Megan T. Hopkins*
　　　　　　　　　　　　　　　　　MEGAN T. HOPKINS
　　　　　　　　　　　　　　　　　Assistant Federal Defenders
　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　JAMES ESCANDON

## **O R D E R**

The Court has reviewed and considered the stipulation of the parties to continue the status conference in this case. Good cause appearing, the status conference currently set for January 7, 2019, is continued to **March 18, 2019, at 1:00 p.m.** The time period between January 7, 2019, and March 18, 2019, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: __**December 21, 2018**__　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ESCANDON: Stipulation to Continue SC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-

ESCANDON: Stipulation to Continue SC