1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  MEGAN T. HOPKINS, SBN 294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   JAMES ESCANDON
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | Case No. 1:18-cr-00185-LJO
12 | Plaintiff,                         | **STIPULATION TO CONTINUE SENTENCING HEARING**
13 | vs.                                |
                                        | Date: July 29, 2019
14 | JAMES ESCANDON,                    | Time: 11:00 a.m.
                                        | Judge: Hon. Lawrence J. O'Neill
15 | Defendant.                         |

16

17         IT IS HEREBY STIPULATED by and between the parties hereto, through their

18 respective counsel, that the sentencing hearing in the above-captioned matter now set for June

19 24, 2019, before the Honorable Lawrence J. O'Neill, may be continued to July 29, 2019, at 11:00

20 a.m.

21         The defense is requesting the additional time in order to allow Mr. Escandon to get

22 married while he is still in custody at the Kern County Jail. Mr. Escandon's fiancé has limited

23 resources to travel, and is in close proximity to the Kern County Jail. Given that Mr. Escandon's

24 placement within the Bureau of Prisons (BOP) is yet to be determined, and could potentially be

25 anywhere in the country, Mr. Escandon hopes to have the marriage ceremony before being

26 moved to BOP. It is the understanding of the parties that Mr. Escandon will be moved from

27 Kern County jail soon after sentencing, and therefore a continuance of the sentencing hearing is

28 requested in order to afford Mr. Escandon enough time to set a date for the ceremony with the

jail staff.

Mr. Escandon has already submitted the notarized documents necessary to receive approval for the marriage ceremony, has received the formal approval, and is awaiting a date to be set by the jail staff. It is anticipated that a date will be set for July of 2019. Therefore, it is the request of the parties that the sentencing hearing be continued to July 29, 2019 at 11:00 a.m., or as soon thereafter as the Court is available.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: June 20, 2019                    */s/ Megan T. Hopkins*
Megan T. Hopkins
Assistant Federal Defender
Attorney for Defendant
James Escandon

McGREGOR SCOTT
United States Attorney

DATED: June 20, 2019         By:    /s/ *Melanie Alsworth*
MELANIE ALSWORTH
Assistant United States Attorney
Attorney for Plaintiff

# O R D E R

A request for a social event does not establish Good Cause for a continuance. In addition, a review of the file doesn't establish one scintilla of factual evidence indicating such an extraordinary request should be granted. DENIED.

IT IS SO ORDERED.

Dated:   **June 20, 2019**              /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE