1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11      UNITED STATES OF AMERICA,            Case No. 1:18-cr-00185-JLT-SKO

12                      Plaintiff,           **DETENTION ORDER**

13           v.                              (Violation of Supervised Release)

14      JAMES ESCANDON, JR.,

15                      Defendant.

16

17      The defendant having been arrested for alleged violation(s) of the terms and conditions of his
18   supervised release; and

19      Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure
     32.l(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

20

21      [ X ]   The defendant has not met defendant's burden of establishing by clear and convincing
                evidence that defendant is not likely to flee; and/or

22
23      [ X ]   The defendant has not met defendant's burden of establishing by clear and convincing
                evidence that defendant is not likely to pose a danger to the safety of any other person
                or the community if released under 18 U.S.C. § 3142(b) or (c).

24

25      This finding is based on the reasons stated on the record.

     IT IS SO ORDERED.
26

27      Dated:   **November 6, 2023**          _____
                                               UNITED STATES MAGISTRATE JUDGE
28